UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**

JUN 28 2007



CLERK

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
CARL A. LEACRAFT,                   *          CIV. 06-4086
                                    *
         Plaintiff,                 *
                                    *
    vs.                             *          JUDGMENT
                                    *
BRANDON P.D.;                       *
WAYNE ELLINGSON, Sgt.;              *
                                    *
         Defendants.                *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, without prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1), each party to pay their own costs.

Dated this ____28th____ day of June, 2007.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

By:_____, Deputy

(SEAL)